## 6
### Nick NEBIOLA v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit. May 14, 1926.)

No. 4581.

In Error to the District Court of the United States for the Eastern District of Michigan; J. W. Ross, Judge.

Anthony Maiullo, of Detroit, Mich., for plaintiff in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Judgment of the District Court affirmed.